**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**James Edward ROSEBORO,
Defendant—Appellant.**

No. 09–7035.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 2, 2009.

James Edward Roseboro, Appellant Pro Se. Robert John Gleason, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Roseboro appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Roseboro,* No. 3:02–cr00137–MR–1, 2009 WL 1427363 (W.D.N.C. May 21, 2009). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*